FILED
CLERK, U.S. DISTRICT COURT

JUL 1 1 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

WINSTON FORNEY,

                Petitioner,

    vs.

RALPH M. DIAZ, Acting Warden,

                Respondent.

Case No.  CV 12-0235-JGB (RNB)

ORDER ACCEPTING FINDINGS
AND RECOMMENDATIONS
OF UNITED STATES
MAGISTRATE JUDGE

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition, records on file herein, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made.  The Court accepts the findings and recommendations of the Magistrate Judge.

     IT THEREFORE IS ORDERED that Judgment be entered denying the operative First Amended Petition and dismissing this action with prejudice.

DATED:  July 10, 2014

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE