ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 1 1 2014

CENTRAL DISTRICT OF CALIFORNIA
BY        DV              DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

JUL 1 1 2014

CENTRAL DISTRICT OF CALIFORNIA
BY        DV              DEPUTY

JS-6/Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

WINSTON FORNEY,                    )     Case No.  CV 12-0235-JGB (RNB)
                                   )
                Petitioner,        )
                                   )
        vs.                        )     **J U D G M E N T**
                                   )
RALPH M. DIAZ, Acting Warden,      )
                                   )
                Respondent.        )
_____)

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the operative First Amended Petition is denied and this action is dismissed with prejudice.

DATED:   July 10, 2014

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE